**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 439 WAL 2018

             Respondent                    :

                                          :   Petition for Allowance of Appeal from
                                          :   the Order of the Superior Court

                v.                           :

                                          :

KELLY DASHAWN LEWIS,             :

                   :

               Petitioner             :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 10th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.